Rel: September 12, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2025

SC-2025-0263

Jason L. Burch v. Troy Bank and Trust Company (Appeal from Pike Circuit Court: CV-22-900143).

MENDHEIM, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Stewart, C.J., and Shaw, Bryan, and McCool, JJ., concur.